UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JEAN MANNING,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 8:15-cv-01579-FFM<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Stipulation to Remand.

DATED: April 19, 2017     /s/ Frederick F. Mumm
                                        HON. FREDERICK F. MUMM
                                        UNITED STATES MAGISTRATE JUDGE